# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE EDWARD JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BARAJAS, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-01690 LJO DLB PC<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>**FOURTEEN-DAY DEADLINE** |

Plaintiff Vance Edward Johnson, ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on October 29, 2014.

On August 4, 2015, the Court screened the complaint and determined Plaintiff had failed to state a cognizable claim. Plaintiff was granted an opportunity to file an amended complaint. On August 21, 2015, Plaintiff filed a First Amended Complaint. Plaintiff named Correctional Officer M. Barajas as Defendant.

On June 24, 2016, the Court screened the First Amended Complaint and determined that Plaintiff stated a claim of cruel and unusual punishment in violation of the Eighth Amendment against Defendant Barajas.  The Court found that Plaintiff failed to state any other claims. Accordingly, Plaintiff was ordered to notify the Court of his willingness to proceed with the cognizable claim, or in the alternative, file a Second Amended Complaint within thirty days of the date of service of the order.  Over thirty days have passed and Plaintiff has failed to comply or

1

respond to the Court's order.  Plaintiff was advised that failure to comply with the order would result in dismissal of the action.

Accordingly, Plaintiff is ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to follow a court order.  Plaintiff shall file a response to this order within fourteen (14) days of the date of service.

<u>Failure to show cause, or failure to respond to this order, may result in dismissal of this action.</u>

IT IS SO ORDERED.

Dated:   **August 9, 2016**                              /s/ *Dennis L. Beck*
                                                              UNITED STATES MAGISTRATE JUDGE