# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE EDWARD JOHNSON,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>BARAJAS, et al.,<br><br>　　　Defendants. | 1:14-cv-01690-LJO-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(ECF No. 19.)<br><br>ORDER FOR THIS ACTION TO PROCEED ONLY AGAINST DEFENDANT BARAJAS ON PLAINTIFF'S EIGHTH AMENDMENT CONDITIONS OF CONFINEMENT CLAIM<br><br>ORDER DISMISSING ALL OTHER CLAIMS AND DEFENDANTS |

　　　Plaintiff Vance Edward Johnson ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The case now proceeds on the First Amended Complaint filed by Plaintiff on August 21, 2015.  (ECF No. 9.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On September 21, 2016, the court entered findings and recommendations, recommending that this action proceed only against defendant Barajas on Plaintiff's Eighth Amendment conditions of confinement claim, and that all other claims and defendants be dismissed from this action based on Plaintiff's failure to state a claim.  (ECF No. 19.)  Plaintiff was provided an opportunity to file objections to the findings and recommendations within

twenty days.  To date, Plaintiff has not filed objections or otherwise responded to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by the Magistrate Judge on September 21, 2016, are ADOPTED in full;
2. This action now proceeds on Plaintiff's First Amended Complaint, filed by Plaintiff on August 21, 2015, against defendant Correctional Officer Barajas on Plaintiff's conditions of confinement claim under the Eighth Amendment;
3. All remaining claims and defendants are DISMISSED from this action;
4. Plaintiff's Fourteenth Amendment equal protection claim is dismissed from this action based on Plaintiff's failure to state a claim; and
5. This case is referred back to the Magistrate Judge for further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated:   **October 20, 2016**          **/s/ Lawrence J. O'Neill**
                                       UNITED STATES CHIEF DISTRICT JUDGE