UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE EDWARD JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>BARAJAS,<br><br>　　　　　Defendant. | 1:14-cv-01690-LJO-GSA-PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS<br><br>(ECF No. 29.) |

**I.　BACKGROUND**

Vance Edward Johnson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. The case now proceeds with the First Amended Complaint filed by Plaintiff on August 21, 2015, against defendant Correctional Officer M. Barajas ("Defendant") on Plaintiff's claim of adverse conditions of confinement under the Eighth Amendment. (ECF No. 9.)

On August 30, 2017, Defendant filed a motion for summary judgment. (ECF No. 29.) Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so. Local Rule 230(*l*).

**II.　CONCLUSION**

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendant's motion for summary

1

judgment. Plaintiff's failure to comply with this order shall result in a recommendation that this case be dismissed.

IT IS SO ORDERED.

    Dated: **October 5, 2017**             **/s/ Gary S. Austin**
                                                                       UNITED STATES MAGISTRATE JUDGE